UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

LOUISE C. THOMPSON,

                               **Plaintiff,**        Civil Action No.: 12-CV-0074

vs.

WAL-MART,

                               **Defendant.**

---

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties herein that no party hereto is an infant or incompetent and that, pursuant to Federal Rule of Civil Procedure 41 and Local Rule 41.3, that the above-entitled action be, and the same hereby is, dismissed with prejudice, without cost to any party as against the other. This discontinuance is based on a settlement reached by the parties on the issues outstanding among them, with the understanding that the terms of such agreement are confidential. All causes of action including in this action have been settled, satisfied and released with no admission of liability. This stipulation may be filed without further notice with the clerk of the Court.

Dated: June 3, 2013
       Syracuse, New York

_/s/ Louise C. Thompson_                                                                      _/s/ Nicole M. Middleton_
Louise C. Thompson                                                               Nicole M. Middleton, Esq.
407 West Beard Street                                              Schröder, Joseph & Associates, LLP
Syracuse, New York 13205                                  766 Ellicott Street
Plaintiff                                                                                        Buffalo, New York 14203
                                                                                         nmiddleton@sjalegal.com

IT IS SO ORDERED:
_/s/ Andrew T. Baxter_                                                         *Attorneys for Defendant*
Andrew T. Baxter
U.S. Magistrate Judge

Dated:  June 25, 2013
           Syracuse, NY