UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

LOUISE C. THOMPSON,

                                **Plaintiff,**        **Civil Action No.: 12-CV-0074**

vs.

WAL-MART,

                                **Defendant.**

---

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties herein that no party hereto is an infant or incompetent and that, pursuant to Federal Rule of Civil Procedure 41 and Local Rule 41.3, that the above-entitled action be, and the same hereby is, dismissed with prejudice, without cost to any party as against the other. This discontinuance is based on a settlement reached by the parties on the issues outstanding among them, with the understanding that the terms of such agreement are confidential. All causes of action including in this action have been settled, satisfied and released with no admission of liability. This stipulation may be filed without further notice with the clerk of the Court.

Dated: June 3, 2013
       Syracuse, New York

_Louise C. Thompson_

Louise C. Thompson
407 West Beard Street
Syracuse, New York 13205
Plaintiff

_Nicole M. Middleton_

Nicole M. Middleton, Esq.
Schröder, Joseph & Associates, LLP
766 Ellicott Street
Buffalo, New York 14203
nmiddleton@sjalegal.com

*Attorneys for Defendant*

IT IS SO ORDERED:

_Andrew T. Baxter_

Andrew T. Baxter
U.S. Magistrate Judge

Dated: ___June 25, 2013___
      Syracuse, NY